LILLIAN M. ROYCE, Respondent, *v.* THE BELL TELEPHONE COMPANY OF BUFFALO, Appellant.

*Royce* v. *Bell Telephone Co. of Buffalo*, 115 App. Div. 920, affirmed.
(Argued January 10, 1907; decided January 29, 1907.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered December 10, 1906, which affirmed an order of Special Term denying a motion to vacate a temporary injunction restraining the defendant from erecting a telephone line in front of plaintiff's premises.

The following questions were certified:

"*First.* Does the temporary injunction in this action suspend the ordinary and general business of the defendant corporation in violation of section 1809 of the Code of Civil Procedure?

"*Second.* Has the plaintiff an adequate remedy at law for the alleged unlawful acts of the defendant set forth in the complaint?"

*John A. Barhite* for appellant.

*John D. Lynn* for respondent.

Order affirmed, with costs, and questions certified answered in the negative; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, WERNER, WILLARD BARTLETT and HISCOCK, JJ.